| | |
|---|---|
| 1 | KAREN P. HEWITT |
|   | United States Attorney |
| 2 | CAROLINE P. HAN |
|   | Assistant U.S. Attorney |
| 3 | California State Bar No. 250301 |
|   | Federal Office Building |
| 4 | 880 Front Street, Room 6293 |
|   | San Diego, California 92101-8893 |
| 5 | Telephone: (619) 557-5220 |

Attorneys for Plaintiff
United States of America

# UNITED STATES MAGISTRATE COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08MJ2144 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | MOTION TO DISMISS |
| v. | ) | WITHOUT PREJUDICE |
| | ) | |
| SONIA LIZBETH AVILES-CHAVEZ, | ) | |
| JOSE ALBERTO CASTILLO-GONZALEZ | ) | |
| | ) | |
| Material Witnesses. | ) | |

## MOTION TO DISMISS

COMES NOW the United States Attorney, Karen P. Hewitt, and Assistant U.S. Attorney, Caroline P. Han, and hereby moves to dismiss, without prejudice, the material witness complaint pursuant to 18 U.S.C. § 3144 against the above named material witnesses in the interest of justice as their presence is no longer required in the United States because no criminal charges are being filed in the matter for which they were being held.

DATED: July 15, 2008

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

/s/ *Caroline P. Han*
CAROLINE P. HAN
Assistant U.S. Attorney