UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>   Plaintiff )<br>  )<br> vs. )<br>  )<br> Sonia Lizbeth Aviles-Chavez (1) )<br>   Defendant(s) ) | CRIMINAL NO. 08mj 2144<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. NA |

On order of the United States District/Magistrate Judge, **CATHY ANN BENCIVENGO**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Sonia Lizbeth Aviles-Chavez
- Mat Wit Cmp filed & dismissed on Gov't's motion - (not arraigned)

DATED: 7-16-08

**CATHY ANN BENCIVENGO**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

RECEIVED _____
DUSM

W. SAMUEL HAMRICK, JR. Clerk
by _____
Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082