```
1  KAREN P. HEWITT
   United States Attorney
2  CAROLINE P. HAN
   Assistant U.S. Attorney
3  California State Bar No. 250301
   Federal Office Building
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-5220

6  Attorneys for Plaintiff
   United States of America
7
```

**FILED**
JUL 16 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES MAGISTRATE COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                     )<br>         Plaintiff,                 )<br>                                     )<br>     v.                              )<br>                                     )<br> SONIA LIZBETH AVILES-CHAVEZ,        )<br> JOSE ALBERTO CASTILLO-GONZALEZ.)<br>                                     )<br>         Material Witnesses.        )<br>_____) | Criminal Case No. 08MJ2144<br><br>MOTION TO DISMISS WITHOUT PREJUDICE |

### MOTION TO DISMISS

COMES NOW the United States Attorney, Karen P. Hewitt, and Assistant U.S. Attorney, Caroline P. Han, and hereby moves to dismiss, without prejudice, the material witness complaint pursuant to 18 U.S.C. § 3144 against the above named material witnesses in the interest of justice as their presence is no longer required in the United States because no criminal charges are being filed in the matter for which they were being held.

DATED: July 15, 2008

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

/s/ *Caroline P. Han*
CAROLINE P. HAN
Assistant U.S. Attorney

## ORDER

Upon motion of the UNITED STATES OF AMERICA and good cause appearing, IT IS HEREBY ORDERED that the information in Magistrate Case Number 08MJ2144 be dismissed, without prejudice, as to material witnesses Sonia Lizbeth Aviles-Chavez and Jose Alberto Castillo-Gonzalez.

IT IS FURTHER ORDERED that any future hearing dates be vacated.

DATED: 7/16/08

Cathy A. Bencivengo
United States Magistrate Judge